This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-39224

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.

**RONALD COOKSEY,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**Steven Blankinship, District Judge**

Hector H. Balderas, Attorney General
Maris Veidemanis, Assistant Attorney General
Santa Fe, NM

for Appellant

Bennett J. Baur, Chief Public Defender
Santa Fe, NM
Dayna Louise Jones, Assistant Public Defender
Alamogordo, NM

for Appellee

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** The State appeals from the district court's order dismissing the case for a speedy trial violation. After remanding for further findings from the district court and considering those findings, we entered a notice of proposed disposition, proposing to affirm. The State filed a response stating that "after due consideration it will not be filing a memorandum in opposition to the Court's calendar notice." [MIO 1]

**{2}** Accordingly, and for the reasons stated in our notice of proposed disposition, we affirm.

**{3}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**BRIANA H. ZAMORA, Judge**

**SHAMMARA H. HENDERSON, Judge**